# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

JASON GREGORY TURNER, individually and on behalf of all others similarly situated,

v.

ALL NIPPON AIRWAYS, JAPAN AIRLINES INTERNATIONAL, and AMERICAN AIRLINES, INC.,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

08 1444

TO: (Name and address of defendant)

All Nippon Airways, Japan Airlines International, and American Airlines Inc.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MILBERG WEISS LLP
JEFF S. WESTERMAN
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

(By) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                                                Signature of Server

                                                                        _____
                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.