1  MILBERG WEISS LLP
   JEFF S. WESTERMAN (SBN 94559)
2  One California Plaza
   300 S. Grand Avenue, Suite 3900
3  Los Angeles, CA 90071-3149
   Telephone: (213) 617-1200
4  Facsimile: (213) 617-1975

5  MILBERG WEISS, LLP
   PETER SAFIRSTEIN, ESQ.
6  ANDREW MORGANTI, ESQ.
   One Pennsylvania Plaza
7  New York, NY 10119-0165
   Telephone: (212) 594-5300
8  Facsimile: (212) 868-1229

9  Attorneys for the Plaintiff and the Class

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDL

CV 08 1444

JASON GREGORY TURNER, individually ) Case No.
and on behalf of all others similarly situated, )
                                                )  CLASS ACTION COMPLAINT
                    Plaintiff,                  )
                                                )
        vs.                                     )  CERTIFICATION OF INTERESTED
                                                )  ENTITIES OR PERSONS
ALL NIPPON AIRWAYS, JAPAN AIRLINES              )
INTERNATIONAL, and AMERICAN                     )
AIRLINES, INC.,                                 )
                                                )
                    Defendants.                 )
                                                )
_____)

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
DOCS\429398v1

TO THE COURT AND ALL PARTIES:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 13, 2008

MILBERG WEISS LLP
JEFF S. WESTERMAN

_____
JEFF S. WESTERMAN

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milbergweiss.com

MILBERG WEISS LLP
PETER SAFIRSTEIN
ANDREW MORGANTI
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milbergweiss.com
       amorganti@milbergweiss.com

Attorneys for the Plaintiff and the Class

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS — - 1 -
DOCS\429398v1