```
 1  MILBERG WEISS LLP
    JEFF S. WESTERMAN (SBN 94559)
 2  One California Plaza
    300 S. Grand Avenue, Suite 3900
 3  Los Angeles, CA 90071-3149
    Telephone: (213) 617-1200
 4  Facsimile:  (213) 617-1975

 5  MILBERG WEISS, LLP
    PETER SAFIRSTEIN, ESQ.
 6  ANDREW MORGANTI, ESQ.            E-filing
    One Pennsylvania Plaza
 7  New York, NY 10119-0165
    Telephone: (212) 594-5300
 8  Facsimile: (212) 868-1229

 9  Attorneys for the Plaintiff and the Class

10               UNITED STATES DISTRICT COURT             EDL

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION
                          CV    08         1444
13
    JASON GREGORY TURNER, individually  )  Case No.
14  and on behalf of all others similarly situated, )
                                        )  CLASS ACTION COMPLAINT
15                      Plaintiff,      )
                                        )
16                 vs.                  )  NOTICE OF RELATED CASES
                                        )
17  ALL NIPPON AIRWAYS, JAPAN AIRLINES  )
    INTERNATIONAL, and AMERICAN         )
18  AIRLINES, INC.,                     )
                                        )
19                      Defendants.     )
                                        )
20                                      )
                                        )
21  _____)

22

...

28
    NOTICE OF RELATED CASES
    DOCS\429380v1
```

FILED
08 MAR 13 PH 3:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | TO THE COURT AND ALL PARTIES:

2 |     Pursuant to Civil L.R. 3-12, Plaintiff Lori Barrett gives notice that this action is related to
3 | the following cases:

| | | |
|---|---|---|
| *Wortman v. Air New Zealand* | CV 07-5634 CRB | filed on November 6, 2007 |
| *Evans v. Air New Zealand* | CV 07-5821 CRB | filed on November 15, 2007 |
| *Foy v. Air New Zealand* | CV 07-6219 CRB | filed on December 7, 2007 |
| *Kaufman v. Air New Zealand* | CV 07-6417 CRB | filed on December 19, 2007 |
| *Abrams v. Air New Zealand* | CV 08-0339 CRB | filed on January 17, 2008 |
| *Barrett v. Qantas* | CV 08-1140 EMC | filed on February 26, 2008 |

    This case involves the same transactions and events and the same conduct by the same defendants which, as set forth in the complaint, constituted violations of the federal antitrust laws of the United States, Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. § 1 and Sections 4 and 26 of the Clayton Antitrust Act of 1914, 15 U.S.C. §§ 15, 26. Additionally, all actions involve similar questions of fact and the same questions of law such that it is very likely that there would be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Thus, assignment of this action to a single judge, in this instance the honorable Charles R. Breyer whom has already been assigned the *Wortman* case, is likely to effect a savings of judicial effort and other economies.

DATED: March 13, 2008          MILBERG WEISS LLP
                                               JEFF S. WESTERMAN

                                               JEFF S. WESTERMAN

                                               One California Plaza
                                               300 S. Grand Avenue, Suite 3900
                                               Los Angeles, CA 90071-3149
                                               Telephone: (213) 617-1200
                                               Facsimile: (213) 617-1975
                                               Email: jwesterman@milbergweiss.com

| | |
|---|---|
| 1 | MILBERG WEISS LLP |
| | PETER SAFIRSTEIN |
| 2 | ANDREW MORGANTI |
| | One Pennsylvania Plaza |
| 3 | New York, NY 10119-0165 |
| | Telephone: (212) 594-5300 |
| 4 | Facsimile: (212) 868-1229 |
| | Email: psafirstein@milbergweiss.com |
| 5 | amorganti@milbergweiss.com |
| 6 | Attorneys for the Plaintiff and the Class |

NOTICE OF RELATED CASES — - 2 -

DOCS\429380v1